AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED - GR
November 13, 2025 2:13 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: /11/13

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Michigan

Joseph Cooper
*Petitioner*

v.

Matt Leirstein
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. 1:25-cv-1438
Maarten Vermaat- Magistrate Judge

(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Joseph Cooper
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Emmet County Jail
   (b) Address: 450 Bay St Petoskey MI, 49770
   (c) Your identification number: 13085

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Petoskey, MI  25-5746 FH  Pretrial
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain): Pretrial detention, Denied adequate counsel prejudice, 4 Attorneys wont file no appropriate motions. unobtainable bond $50,000 cash only. Cops going thru phone before the warrant issued (google takeout shows, chain of custody issues as well.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☑ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other (explain): unobtainable bond, makes it hard almost impossible to fight a fair Trial.

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: 57th Circuit Court - Emmet County 200 Division St. Petoskey MI, 49770

    (b) Docket number, case number, or opinion number: 25-5746-FH

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

    (d) Date of the decision or action: July 28 2025, May 21, June 17

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☑ Yes        ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: COA Attempted sending 4 Writs Habeas to help.

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result: Sent back said insufficient to began a New Appeal.

    (5) Date of result: 10-13-25

    (6) Issues raised: Bond, prosecutor misconduct, Bias prejudice Judge unobtainable bond, No probable cause For Detention MCR 3.003

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

> I also Attempted to write a Habeas corpus under MCR 3.3.43 into unlawful Detention In the 57th Circuit Court asking for bond MCR 6.106

(b) If you answered "No," explain why you did not appeal: 

> I Attempted to write Habeas Corpus and File my Own motions.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: I Attempted sending Habeas to Michigan Supreme Court.

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Because I seek Speedy trial Rights I Asserted to the Judge Hon' Judge Deegan and her reply was tell your Attorney further my Attorney said on the record Cooper even Demands discovery and exculpatory evidence the Judge Did not agree with me allowing counsel to recuse himself instead of getting Discovery.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes    ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** My Bond is unobtainable. There are No hand to hand of any Drug Transaction. Arrest warrant signed (RSC) initialed, unsigned Affidavit, Complaint, No evidence, Chain of Custody issues, Falsified police Reports.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Inadequate Counsel, Prosecutor Fenton takeing out evidence out of police reports proving contradictions & chain of custody CI Inconsistant statement.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I have been denied any chance of fair trial. No evidence against me I have the only witness to the Alleged buy stating the CI Tiffany McKay is lieing

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I attempted to write the 57th Circuit Court a civil habeas into cause of Detention. IV attempted to File motions say my Rites of speedy Trial Attempt to help Attorney.

**Request for Relief**

15. State exactly what you want the court to do: I do have a case Filed Joseph Cooper v Leirstein Matt, No 1:25-cv-940 I'd like a Bond $50,000 cash/surety or PR Bond to be able to Fight my case properly please. I have No Attorney doing anything I'm held on Fourth, Fifth, Sixth, Fourteenth Amendment violations and eighth mostly raising/asking for relief on.

Please allow me to proceed still Forma pauperis or charge the $5 to my Jail account for the Filing please. Thank you much your Honorable Court.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11-10-2025                                  _____
                                                  Signature of Petitioner

                                                  _____
                                                  Signature of Attorney or other authorized person, if any

[Print]  [Save As...]                                                          [Reset]

